# Third District Court of Appeal

## State of Florida

Opinion filed December 9, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2264
Lower Tribunal No. 14-12403
_____

**Antonio Zaldivar,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Markus/Moss PLLC, and David Oscar Markus, Mona E. Markus, and Lauren I. Doyle, for appellant.

Ashley Moody, Attorney General, and Gabrielle Raemy Charest-Turken, Assistant Attorney General, for appellee.

Before EMAS, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>Novaton v. State</u>, 634 So. 2d 607 (Fla. 1994); <u>Sainz v. State</u>, 811 So. 2d 683 (Fla. 3d DCA 2002); <u>Punta v. State</u>, 806 So. 2d 569 (Fla. 3d DCA 2002). <u>See also</u> <u>Diaz v. State</u>, 272 So. 3d 482 (Fla. 3d DCA 2019); <u>Martin v. State</u>, 243 So. 2d 189 (Fla. 4th DCA 1971).